1
2
3
4
5
6
7

8                      UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   VONGSAVAT SAYASANE,                    No.  1:23-cv-00853-ADA-SKO (HC)

12                  Petitioner,             **FINDINGS AND RECOMMENDATION
                                            REGARDING FIRST AMENDED**
13         v.                               **PETITION**

14                                          **[TWENTY-ONE DAY DEADLINE]**
     M. ARVIZA,
15
                 Respondent.
16

17

18         Petitioner is a federal prisoner proceeding *pro se* and *in forma pauperis* with a petition for

19   writ of habeas corpus pursuant to 28 U.S.C. § 2241.

20         On June 5, 2023, Petitioner filed a federal habeas petition in this Court.  After conducting

21   a preliminary review of the petition, on June 7, 2023, the Court issued a Findings and

22   Recommendation to dismiss the petition for failure to exhaust administrative remedies.  (Doc. 5.)

23   On the same date, Petitioner filed the instant First Amended Petition. (Doc. 6.)  The Court has

24   reviewed the petition.  Except for the deletion of two pages from the exhibits, the First Amended

25   Petition is duplicative of the original petition.  The deletion of these two pages does not affect the

26   Court's determination that Petitioner has failed to exhaust administrative remedies.  For this

27   reason, the Court will recommend that the First Amended Petition be dismissed for the same

28   reasons stated previously in the June 7, 2023, Findings and Recommendation. (Doc. 5.)

1

**RECOMMENDATION**

Accordingly, the Court RECOMMENDS that the First Amended Petition be DISMISSED without prejudice for failure to exhaust administrative remedies, as more fully discussed in the prior Findings and Recommendation.

This Findings and Recommendation is submitted to the United States District Court Judge assigned to this case, pursuant to the provisions of 28 U.S.C. section 636 (b)(1)(B) and Rule 304 of the Local Rules of Practice for the United States District Court, Eastern District of California. Within twenty-one (21) days after being served with a copy, Petitioner may file written objections with the Court.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendation."  The Court will then review the Magistrate Judge's ruling pursuant to 28 U.S.C. § 636 (b)(1)(C).  Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the Order of the District Court.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:   **June 8, 2023**                          /s/ *Sheila K. Oberto*
                                                UNITED STATES MAGISTRATE JUDGE

2