UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VONGSAVAT SAYASANE,<br><br>Plaintiff,<br><br>v.<br><br>M. ARVIZA,<br><br>Respondent. | No. 1:23-cv-00853-ADA-SKO (HC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING PETITION FOR WRIT OF HABEAS CORPUS FOR FAILURE TO EXHAUST ADMINISTRATIVE REMEDIES<br><br>(ECF No. 7) |

Petitioner Vongsavat Sayasane is a federal prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On June 7, 2023, the assigned Magistrate Judge issued findings and recommendations, recommending that the Court dismiss Petitioner's petition for failure to exhaust administrative remedies. (ECF No. 7.) That same day, Petitioner filed a first amended petition which was substantially similar to the initial petition. (ECF No. 6.) The Magistrate Judge again issued findings and recommendations, recommending dismissal of the first amended petition for failure to exhaust administrative remedies. (ECF No. 8.) Each of the Magistrate Judge's findings and recommendations contained notice that Petitioner had twenty-one days within which to file objections. That deadline has passed, and Petitioner has not filed any objections.

///

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court concludes that the findings and recommendations are supported by the record and proper analysis.

In the event a notice of appeal is filed, a certificate of appealability will not be required because this is an order denying a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241, not a final order in a habeas proceeding in which the detention complained of arises out of a state court. *See Forde v. U.S. Parole Comm'n*, 114 F.3d 878, 879 (9th Cir. 1997).

Accordingly,

1. The findings and recommendations issued on June 7, 2023, (ECF No. 5), are terminated as moot;
2. The findings and recommendations issued on June 8, 2023, (ECF No. 7), are adopted in full;
3. The petition for writ of habeas corpus is dismissed without prejudice; and
4. The Clerk of Court is directed to enter judgment and close the case.

IT IS SO ORDERED.

Dated:   August 17, 2023

UNITED STATES DISTRICT JUDGE